# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00493-RBJ

ROBERT WATSON,

    Plaintiff,

v.

ARAMARK SPORTS & ENTERTAINMENT SERVICES, INC.,

    Defendant.

## ORDER

IT IS HEREBY ORDERED, based upon good cause appearing, that the Court FINDS the compromise of Plaintiff's overtime, liquidated damages and attorneys' fees and costs claims under the Fair Labor Standards Act ("FLSA") constitutes a fair and reasonable compromise of Plaintiff's FLSA claims, as to which there are *bona fide* disputes regarding both liability and computation of alleged overtime wages.

IT IS FURTHER ORDERED that, based on this finding and pursuant to the Parties' stipulation, the Court hereby DISMISSES THIS ACTION WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii).

Dated: February 9, 2016

                                                HON. R. BROOKE JACKSON
                                                United States District Court Judge